UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

REGINALD WORTHY,

        Plaintiff,                    Case No. 09-11614
                                        Hon. Sean F. Cox

v.                                          Mag. Judge Michael Hluchaniuk

MICHIGAN BELL TELEPHONE COMPANY
d/b/a AT&T MICHIGAN,

        Defendant.

---

## INDEX OF UNPUBLISHED OPINIONS

S.    *Gagne v. Northwestern Nat'l Ins. Co.* opinion
T.    *Krohn v. Sedgwick James of Michigan, Inc.* opinion
U.    *Barrett v Kirtland Community College* opinion
V.    *Polk v. Yellow Freight System, Inc.* opinion
W.    *Smith v. Michigan Dept. of Corrections et al* opinion
X.    *Syrowatka v. County of Washtenaw* opinion

8467696.1 (OGLETREE)